IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SHERYL WHEELER,

                       Plaintiff,

    v.

UNITED STATES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY,

                       Defendants.

Case No. 3:11-cv-00018-SLG

## ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Plaintiff and the Defendants' Stipulation for Dismissal of Action with Prejudice (Docket 107), the Court hereby APPROVES the stipulation. All of Wheeler's individual and class claims against the USAA Defendants, including any and all claims and interest as putative class representative or putative class member, are DISMISSED WITH PREJUDICE, with each side to bear its own costs and attorney's fees. Plaintiff further has stipulated that she waives all rights to, and will not, appeal the Court's denial of class certification or any other order.

DATED at Anchorage, Alaska this 28th day of October, 2013.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE